Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* v. LAO ER SHOP, *et al.*, *Defendants* | CIVIL ACTION No. 19-cv-5032 (ALC) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants LUCAMINO, Ningbo happy bird Technology Co., Ltd., qinqinyibaobei and Zhang dwarf in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: March 17, 2020                                          Respectfully submitted,

                                                    **EPSTEIN DRANGEL LLP**

                                BY:    /s/ Brieanne Scully
                                         Brieanne Scully (BS 3711)
                                         bscully@ipcounselors.com
                                         EPSTEIN DRANGEL LLP
                                         60 East 42nd Street, Suite 2520
                                         New York, NY 10165
                                         Telephone:    (212) 292-5390
                                         Facsimile:     (212) 292-5391
                                         *Attorneys for Plaintiff*
                                         *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2020.


                                          _____
                                          Judge Andrew L. Carter
                                          United States District Judge