Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* v. LAO ER SHOP, *et al.*, *Defendants* | CIVIL ACTION No. 19-cv-5032 (ALC) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Leather Bag Store in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: June 30, 2020                                           Respectfully submitted,

                                                **EPSTEIN DRANGEL LLP**

BY:   \_\_/s/ Brieanne Scully\_\_\_\_
       Brieanne Scully (BS 3711)
       bscully@ipcounselors.com
       EPSTEIN DRANGEL LLP
       60 East 42nd Street, Suite 2520
       New York, NY 10165
       Telephone:    (212) 292-5390
       Facsimile:      (212) 292-5391
       *Attorneys for Plaintiff*
       *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on_____ \_\_\_, 2020.

                                            _____
                                            Judge Andrew L. Carter
                                            United States District Judge