Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* v. LAO ER SHOP, *et al.*, *Defendants* | CIVIL ACTION No. 19-cv-5032 (ALC) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Shenzhen WuY Technology in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: September 2, 2020                          Respectfully submitted,

                                                                              **EPSTEIN DRANGEL LLP**

                                   BY:   /s/ Brieanne Scully\_\_\_\_\_
                                                     Brieanne Scully (BS 3711)
                                                     bscully@ipcounselors.com
                                                     EPSTEIN DRANGEL LLP
                                                     60 East 42nd Street, Suite 2520
                                                     New York, NY 10165
                                                     Telephone:     (212) 292-5390
                                                     Facsimile:      (212) 292-5391
                                                     *Attorneys for Plaintiff*
                                                     *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on_____ \_\_\_, 2020.

                                                     _____
                                                     Judge Andrew L. Carter
                                                     United States District Judge